■ GEORGINA ECHEVERRIA, as Administratrix of the Estate of LUIS ECHEVERRIA, Appellant, v STATE OF NEW YORK, Respondent. — Appeal from an order of the Court of Claims, New York County (Peter J. McCabe, J.), entered January 12, 1983, granting the defendant's motion during trial to limit the issues to be tried to wrongful death and conscious pain and suffering, dismissed, without costs, on this court's own motion. A ruling made during the course of trial is not separately appealable (*Matter of Skyliner Diner Corp. v Board of Assessors*

*of County of Nassau,* 45 AD2d 712; see, also, CPLR 5701). Were we not dismissing the appeal, we would affirm. Concur — Asch, J. P., Bloom, Fein and Lynch, JJ.